

# Fourth Court of Appeals
## San Antonio, Texas

November 20, 2019

No. 04-19-00754-CV

**VERDE ENERGY SOLUTIONS LLC** and Roberto R. Thomae,
Appellants

v.

**SGET DUVAL OIL I LLC,**
Appellee

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-19-230
Honorable Baldemar Garza, Judge Presiding

# O R D E R

On October 29, 2019, appellants Verde Energy Solutions, LLC and Roberto R. Thomae filed a motion requesting a partial stay of an October 7, 2019 temporary injunction order requiring them to produce, inter alia, all title opinions related to a subject 480 acres. On that same day, this court denied appellants' request.

On November 5, 2019, appellants filed an "Amended Motion, Motion for Rehearing and Motion for Rehearing En Banc," asking this court to reconsider its denial. After consideration, this court granted appellants' motion for rehearing and partially stayed the trial court's October 7, 2019 order until further order of this court. Accordingly, to the extent appellants' motion requests en banc relief, the motion is **DENIED AS MOOT**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of November, 2019.

_____
MICHAEL A. CRUZ,
Clerk of Court